IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RAYMOND A. BUTLER JR., | |
| Plaintiff, | 8:23CV68 |
| vs. | |
| JOHNATHAN ROCKMAN, Counselor; RICHARD KELLER, Administrator; and ROD BAUER, Administrator; | ORDER |
| Defendants. | |

This matter is before the Court on its own motion. On May 30, 2025, the Clerk of the Court sent an order to Plaintiff at his last known address and it was returned to this Court as undeliverable. *See* Filing No. 37. According to the Federal Bureau of Prisons' online inmate records, Plaintiff is currently confined in FCI El Reno. *See* https://www.bop.gov/inmateloc/ (last visited July 14, 2025). Accordingly, the Court will direct the Clerk of the Court to update the Court's records to reflect Plaintiff's current address. Plaintiff is advised that he has an obligation to keep the Court informed of his current address at all times, and he should keep the Court informed of any future changes in his address. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days).

IT IS THEREFORE ORDERED that:

1. The Clerk of the Court is directed to update the Court's records to reflect that Plaintiff's current address is at FCI El Reno, P.O. Box 1500, El Reno, OK 73036.

2.  The Clerk of the Court is further directed to resend the mail returned as undeliverable on July 7, 2025, *see* Filing No. 37, to Plaintiff at his updated address at FCI El Reno.

Dated this 15th day of July, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge